# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Monica Lujan,

           Plaintiff,

v.

Monica Wetzel, employee of Corrections
Corporation of America, in her individual
capacity,
Dolly Jaramillo, employee of Corrections
Corporation of America, in her individual
capacity;
John Compton, employee of Corrections
Corporation of America, in his individual
capacity,
Calvin Robinson, employee of the New
Mexico Corrections Department, in his
individual capacity;
and Corrections Corporation of America, a
Tennessee Corporation,

           Defendants.

NO. 1:17-cv-00012-KG-LF

## NOTICE OF SETTLEMENT

Defendants Corrections Corporation of America, Monica Wetzel, Dolly Jaramillo, and John Compton (collectively, "CCA Defendants"), through counsel, hereby give notice that CCA Defendants have reached a settlement with Plaintiff, Monica Lujan. A Stipulation for Dismissal With Prejudice will be filed with the Court once the settlement documents are finalized. In light of the foregoing, CCA Defendants request that all pending deadlines in this case be vacated as to CCA Defendants *only*.

3306184

Dated:  February 22, 2017

/s/Jacob B. Lee
DANIEL P. STRUCK
CHRISTINA RETTS, NM Bar No. 132585
JACOB B. LEE
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@swlfirm.com
cretts@swlfirm.com
jlee@swlfirm.com

DEBORAH D. WELLS
DEBRA J. MOULTON
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
Tel:  (505) 884-7887
Fax: (505) 884-7123
ddwells@kmwpc.com
dmoulton@kmwpc.com

*Attorneys for Defendants Corrections
Corporation of America, Monica Wetzel, Dolly
Jaramillo, and John Compton*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Christina G. Retts: | CRetts@swlfirm.com |
| | KOConnor@swlfirm.com |
| | SWolford@swlfirm.com |
| Daniel P. Struck: | dstruck@swlfirm.com |
| Deborah D. Wells: | ddwells@kmwpc.com |
| | baileyj@kmwpc.com |
| | sesg@kmwpc.com |
| | terrie@kmwpc.com |
| Debra J. Moulton: | dmoulton@kmwpc.com |
| | wzarr@cabq.gov |
| Elisabeth V. Bechtold: | ebechtold@aclu-nm.org |
| | msanchez@aclu-nm.org |
| | tmccree@aclu-nm.org |
| Jacob B. Lee: | JLee@swlfirm.com |
| | ARowley@swlfirm.com |
| Laura Schauer Ives: | LSI@civilrightslawnewmexico.com |
| | arf@civilrightslaw.com |
| | ieg@civilrightslaw.com |
| | kennedylaw@civilrightslaw.com |
| | saa@civilrightslaw.com |
| Leah Stevens-Block: | lsb@sheehansheehan.com |
| | cp@sheehansheehan.com |
| | dmr@sheehansheehan.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is **not** a registered participant of the CM/ECF System:

**N/A**

/s/Jacob B. Lee